FILED by _____ D.C.

AUG 18 2009

STEVEN M. LARIMORE
CLERK U.S. DIST. CT
S.D. of FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

TKMI, INC.,
a Florida corporation, )
)
)
Plaintiff, )
)
vs. )     CASE NO. **09 - 61290**
)
BELLA CORP., an Oklahoma )
corporation and JENNIFER MALOY, )
an individual, )
)     CIV-COHN
Defendants. )     MAGISTRATE JUDGE
_____ )     SELTZER

## COMPLAINT FOR TRADEMARK INFRINGEMENT, FALSE DESIGNATION OF ORIGIN AND UNFAIR COMPETITION

Plaintiff, TKMI, Inc., a Florida Corporation, ("Plaintiff"), by and through undersigned counsel, hereby sues Defendants, Bella Corp. ("Defendant Bella"), an Oklahoma corporation and Jennifer Maloy ("Defendant Maloy"), an individual (collectively "Defendants") and alleges as follows:

### JURISDICTION AND VENUE

1.    This is an action for injunctive and other relief under the Federal Trademark Act, 15 U.S.C. §1051, et seq. ("Lanham Act"), particularly 15 U.S.C. §§1114 and 1125(a), for trademark infringement, false designation of origin, false description or representation, related unfair competition and in accordance with Fla. Stat. §495.161, for common law trademark infringement and unfair competition.

2.    This Court has jurisdiction over this action pursuant to 28 U.S.C. §§1331, 1338(a) and 1338(b). This Court also has

jurisdiction pursuant to 15 U.S.C. §1121 and the doctrine of supplemental jurisdiction, as set forth in 28 U.S.C. §1367.

3.   Venue is proper under 28 U.S.C. §§1391(b) and 1391(c) in that the wrongful acts committed by Defendants occurred in the Southern District of Florida, and a substantial part of the events or omissions giving rise to the claim occurred therein.

4.   Jurisdiction is proper in that Defendants, upon information and belief, have operated, conducted, engaged in, or carried on a business venture in this State, and the Southern District of Florida, from which this action arises, within the meaning of Fla. Stat. §48.193(1)(a).

5.   Jurisdiction is proper in that Defendants, upon information and belief, have committed tortious acts within this State, and the Southern District of Florida, including the infringement set forth herein, within the meaning of Fla. Stat. §48.193(1)(b).

6.   Jurisdiction is proper in that Defendants, upon information and belief, have caused injury to the property of Plaintiff within this State, and the Southern District of Florida, namely Plaintiff's trademark rights as set forth herein, arising out of acts or omissions by Defendants outside of this State, while, at or about the time of the injury, the Defendants were engaged in solicitation or service activities within this State, within the meaning of Fla. Stat. §48.193(f).

2

## THE PARTIES

7.    Plaintiff is a corporation duly organized and existing under the laws of Florida, and having an address at 4110 Lansing Avenue, Cooper City, Florida 33026.

8.    Upon information and belief, Defendant Bella is an Oklahoma corporation having an address at 2611 South Trenton Avenue, Tulsa, Oklahoma 74114.

9.    Upon information and belief, Defendant Maloy is an individual residing in Tulsa, Oklahoma and is the President of Defendant Bella and owner of the Internet domain name www.bellabeauty.net.  Upon information and belief, Defendant Maloy, at all relevant times hereto, was the President of Defendant Bella, and has personally directed, controlled, ratified, participated in and/or has been the moving force behind the infringing activities of Defendant Bella.

## PLAINTIFF'S "GENIE" MARK

10.    Plaintiff owns the inherently distinctive trademark "GENIE" used in connection with non-medicated wrinkle reducers applied to the skin of face and eye area, blush, concealer, non-medicated facial creams and facial peels; face powder, foundation liquid, foundation cream and foundation powder, make-up, mascara, eye shadow, lipstick, and lip gloss (Plaintiff's "'GENIE' Mark").

11.    Since long prior to the acts of Defendants complained of herein, Plaintiff, either directly or through licensees, has

3

achieved wide-spread and substantial sales in U.S. commerce under its "GENIE" Mark of its non-medicated wrinkle reducers applied to the skin of face and eye area, blush, concealer, non-medicated facial creams and facial peels; face powder, foundation liquid, foundation cream and foundation powder, make-up, mascara, eye shadow, lipstick, and lip gloss, and such use has been continuous and ongoing, in U.S. Commerce, including the Southern District of Florida.

12. Prior to the infringement complained of herein, Plaintiff's "GENIE" Mark has come to identify Plaintiff's goods, and to distinguish said goods from the goods of others, and has achieved a secondary meaning to the consuming public.

13. Plaintiff is also the owner of two federal trademark registrations for the "GENIE" mark, namely, U.S. Registration No. 2,522,559 for "GENIE" used in connection with non-medicated wrinkle reducers applied to the skin of face and eye area and U.S. Registration No. 3,170,422 for "GENIE" used in connection with "cosmetics, namely, blush, concealer, non-medicated facial creams and facial peels; face powder, foundation liquid, foundation cream and foundation powder, make-up, mascara, eye shadow, lipstick, and lip gloss" (Plaintiff's 'GENIE' Registrations"). See Exhibit A hereto. Plaintiff's "GENIE" U.S. Registration No. 2,522,559 is incontestable.

14. Plaintiff's "GENIE" Registrations are both valid and

subsisting.

15.   Plaintiff also uses its "GENIE" Mark as part of its Internet domain name, www.geniebeauty.com, where it operates an e-commerce website to sell its products designated by the "GENIE Mark" (the "'GENIE' Products").

16.   Plaintiff's sales of its goods under the "GENIE" Mark and Registrations continue, and have not been abandoned.

17.   Since long prior to the acts of Defendants complained of herein, Plaintiff has achieved wide-spread and substantial sales of its "GENIE" Products in commerce.

18.   Plaintiff's greatest source of income from its "GENIE" Products is generated from sales on QVC, one of the largest multimedia retailers in the world specializing in televised home shopping which broadcasts live 24 hours a day, 364 days a year. Plaintiff also generates a significant amount of sales of its "GENIE" Products from QVC's website, www.qvc.com. To date, Plaintiff has sold well over one million "GENIE" Products on QVC.

19.   Plaintiff's "GENIE" Products contain the "GENIE" Mark followed by the product name. For example, the "GENIE" Products sold on QVC and the www.geniebeauty.com website include: GENIE Instant Line Smoother, GENIE Make Me Blush, GENIE Cashmere Powder, GENIE Line-Smoothing Foundation, GENIE Large Kabuki Brush, GENIE Cashmere Powder with Kabuki Brush, GENIE TLC (Thicken, Lengthen, Condition Mascara), GENIE Small Kabuki Brush, and A-D GENIE Instant

5

Line Smoother. See Exhibit B hereto.

## DEFENDANTS' INFRINGING ACTIVITY

20.  Long subsequent to Plaintiff's adoption and use of the Plaintiff's "GENIE" Mark in commerce, Defendants commenced the sale in U.S. commerce, and within the United States, including the Southern District of Florida, of skin cream and/or body gloss, designated with the "GENIE IN A JAR" mark ("Infringing 'GENIE IN A JAR' Mark").

21.  Defendants offer skin cream and/or body gloss for sale under the Infringing "GENIE IN A JAR" Mark ("Infringing 'GENIE IN A JAR' Product") on its website www.bellabeauty.net and various other Internet websites. Pages from Defendants' website including pages displaying the Defendants' Infringing "GENIE IN A JAR" Mark and offering for sale the Infringing "GENIE IN A JAR" Product are attached hereto as Exhibit C.

22.  Defendants also sell its Infringing "GENIE IN A JAR" Product on QVC in direct competition with Plaintiff's "GENIE" Products.  See Exhibit D hereto. When a QVC customer performs a search for "Genie" on the QVC website, Defendants' Infringing "GENIE IN A JAR" Product appears after Plaintiff's "GENIE" Products.  See Exhibit D.

23.  The use by Defendants of the Infringing "GENIE IN A JAR" Mark in conjunction with the Infringing "GENIE IN A JAR" Product constitutes an imitation of Plaintiff's "GENIE" Mark and

Registrations, and is used on or in connection with goods identical or substantially identical to Plaintiff's goods offered under Plaintiff's "GENIE" Mark and Registrations.

24.   Upon information and belief, Defendants were well aware and, since long prior to the acts of Defendants complained of herein, has been well aware of the goodwill represented and symbolized by the Plaintiff's "GENIE" Mark and Registrations, and Plaintiff's ownership and use in commerce thereof.

25.   Upon information and belief, notwithstanding that knowledge, and indeed by reason of such knowledge, Defendants thereafter engaged in, and it is believed will continue to engage in a deliberate and willful scheme to trade upon and to misappropriate for themselves the goodwill represented and symbolized by the Plaintiff's "GENIE" Mark and Registrations, through the distribution and sales of competing goods bearing the Infringing "GENIE IN A JAR" Mark in U.S. commerce.

26.   Defendants' aforesaid use of the Infringing "GENIE IN A JAR" Mark is designed and calculated to and are likely to cause confusion, to cause mistake, and to deceive customers and prospective costumers as to the origin or sponsorship of Defendants' products and to cause them to falsely believe that said products are the products of Plaintiff, or are sponsored, licensed, authorized, or approved by Plaintiff, all to the detriment of Plaintiff, the trade, and the public.

27.    The use by Defendants of the Infringing "GENIE IN A JAR" Mark and sale of the Infringing "GENIE IN A JAR" Product is without the consent, license, or permission of Plaintiff.

28.    On June 10, 2009 and July 9, 2009, Plaintiff sent letters to Defendants via Federal Express providing Defendants an opportunity to cease and desist from using the Infringing "GENIE IN A JAR" Mark. Copies of the June 10, 2009 and July 9, 2009 letters are attached hereto as Composite Exhibit E.

29.    Defendants, however, did not respond to either of Plaintiff's letters and have not ceased use of the Infringing "GENIE IN A JAR" Mark.   Plaintiff, therefore, had no alternative but to file the present action.

## COUNT I - FEDERAL MARK INFRINGEMENT (15 U.S.C. §1114(1))

30.    Plaintiff incorporates herein each and every allegation set forth in Paragraphs 1 through 29 as if fully set forth herein.

31.    Well prior to Defendants' infringing activities set forth herein, Plaintiff used its "GENIE" Mark in U.S. commerce, and obtained its "GENIE" Registrations, which remain valid and subsisting.

32.    Defendants have willfully used, are using, and will continue to use the Infringing "GENIE IN A JAR" Mark on related and/or identical products to those products offered by Plaintiff under Plaintiff's "GENIE" Mark, and those set forth in Plaintiff's "GENIE" Registrations, in a manner that is likely to cause

confusion, or to cause mistake, or to deceive.

33.  Defendants' acts constitute trademark infringement pursuant to 15 U.S.C. §1114.

34.  Defendants' acts have harmed Plaintiff's reputation, severely damaged Plaintiff's goodwill, and upon information and belief, have and will continue to divert sales from Plaintiff.

35.  Defendants' aforesaid acts have caused and will cause great and irreparable injury to Plaintiff, and unless said acts are restrained by this Court, they will be continued and Plaintiff will continue to suffer great and irreparable injury.

36.  Defendant Maloy is the active moving force behind Defendant Bella's wrongful conduct and is jointly and severally liable therefor.

37.  Plaintiff has no adequate remedy at law.

## COUNT II - FALSE DESIGNATION, DESCRIPTION, AND REPRESENTATION UNDER THE LANHAM ACT (15 U.S.C. §1125(a))

38.  Plaintiff incorporates herein each and every allegation set forth in Paragraphs 1 through 29 as if fully set forth herein.

39.  Defendants' intentional and unlawful use in commerce of the Infringing "GENIE IN A JAR" Mark constitutes use in commerce of a word, term, name, symbol, or device, or a combination thereof, or a false designation of origin, false or misleading description, and false representation that is likely to cause confusion, or to cause mistake, or to deceive as to affiliation, connection, or association of Defendants with Plaintiff, or as to origin,

9

sponsorship or approval of the goods of Defendants by Plaintiff.

40. Defendant's aforesaid acts constitute unfair competition and false designation and/or false description of origin in violation of §43(a) of the Lanham Act, 15 U.S.C. §1125(a)(1)(A).

41. Defendants' acts have harmed Plaintiff's reputation, severely damaged Plaintiff's goodwill, and upon information and belief, have diverted sales from Plaintiff.

42. Defendants' aforesaid acts have caused and will cause great and irreparable injury to Plaintiff, and unless said acts are restrained by this Court, they will be continued and Plaintiff will continue to suffer great and irreparable injury.

43. Defendant Maloy is the active moving force behind Defendant Bella's wrongful conduct and is jointly and severally liable therefor.

44. Plaintiff has no adequate remedy at law.

## COUNT III - UNFAIR COMPETITION/COMMON LAW MARK INFRINGEMENT

45. Plaintiff incorporates herein each and every allegation set forth in Paragraphs 1 through 29, as if fully set forth herein.

46. Defendants' aforesaid acts constitute infringement, misappropriation, and misuse of the Plaintiff's "GENIE" Mark, unfair competition, trademark infringement, palming-off, passing-off and/or reverse-passing off, against Plaintiff and unjust enrichment of Defendants, all in violation of Plaintiff's rights at common law and under the law of the State of Florida in accordance

10

with Fla. Stat. §495.161.

47. Defendants' aforesaid acts have harmed Plaintiff's reputation, severely damaged Plaintiff's goodwill, and upon information and belief, have diverted sales from Plaintiff and created the impression that Plaintiff is an infringer when in fact Defendants are the infringers.

48. Defendants' aforesaid acts have caused and will continue to cause great and irreparable injury to Plaintiff, and unless said acts are restrained by this Court, they will be continued and Plaintiff will continue to suffer great and irreparable injury.

49. Defendant Maloy is the active moving force behind Defendant Bella's wrongful conduct and is jointly and severally liable therefor.

50. Plaintiff has no adequate remedy at law.

**WHEREFORE**, Plaintiff prays:

A. That this Court will adjudge that the Plaintiff's "GENIE" Mark and Registrations have been infringed as a direct and proximate result of the willful acts of Defendants as set forth in this Complaint, including Defendants' use of the Infringing "GENIE IN A JAR" Mark, in violation of Plaintiff's rights under the Lanham Act, 15 U.S.C. §1051 et seq., §§1114(a) and 1125(a)(1)(A), common law and under the law of the State of Florida in accordance with Fla. Stat. §495.161.

B. That this Court will adjudge that Defendants have

11

competed unfairly with Plaintiff in violation of Plaintiff's rights at common law and in violation of Plaintiff's rights under the Lanham Act, 15 U.S.C. §1125(a)(1)(A).

C.    That Defendants, and all officers, directors, agents, servants, employees, attorneys, successors, and assigns, and all persons in active concert or participation therewith, be preliminarily and permanently enjoined and restrained:

1)    From using any of the "GENIE IN A JAR" or "GENIE" Marks, and any formative variations or phonetic or foreign equivalents thereof, or any term, name or mark which incorporates any of the foregoing, or any marks similar thereto or likely to be confused therewith, in connection with the sale of any unauthorized goods or the rendering of any unauthorized services;

2)    From using any logo, trade name, or mark which may be calculated to falsely represent or which has the effect of falsely representing that the services or products of Defendants, or of any third parties, are sponsored by, authorized by, or in any way associated with Plaintiff;

3)    From infringing the Plaintiff's "GENIE" Mark and Registrations;

4)    From otherwise unfairly competing with Plaintiff;

5)    From falsely representing themselves as being connected with Plaintiff, or sponsored by or associated with

12

Plaintiff, or engaging in any act which is likely to falsely cause the trade, retailers, and/or members of the purchasing public to believe that Defendants, or any one of them, are associated with Plaintiff;

6)  From affixing, applying, annexing, or using in connection with the sale of any goods sold by Defendants including, without limitation, skin cream and/or body gloss, a false description or representation including words or other symbols tending to falsely describe or represent such goods as being those of Plaintiff and from offering such goods in commerce; and

D.  That Defendants be required to recall and deliver up for destruction all goods, bottles, boxes, labels, signs, prints, packages, wrappers, receptacles, advertisements, and other written or printed material in the possession or control of Defendants which bear the Infringing "GENIE IN A JAR" Mark and/or "GENIE" Mark, or any infringement thereof, including but not limited to any formative variations or phonetic or foreign equivalents thereof, or any term, name or mark which incorporates any of the foregoing, or any marks similar thereto or likely to be confused therewith, alone or in combination with any other word or element, and all plates, molds, matrices, and other means from making the aforesaid items.

E.  That Defendants be ordered to forthwith identify all active and passive participants in the acts complained of herein

13

and supply to Plaintiff a complete list of the persons and/or entities from whom Defendants purchased, and to whom Defendants distributed and/or sold any goods, bearing any of the "GENIE" or "GENIE IN A JAR" Mark, or any of infringement thereof, including but not limited to and any formative variations or phonetic equivalents thereof, or any term, name or mark which incorporates any of the foregoing, or any marks similar thereto or likely to be confused therewith, alone or in combination with any other word or element.

F.    That Defendants, and each of them, be directed to file with this Court and to serve upon Plaintiff within thirty (30) days after service of the injunction issued in this action, a written report, under oath, setting forth in detail the manner of compliance with paragraphs D and E.

G.    That Plaintiff recover the Defendants' profits and the damages of Plaintiff arising from Defendants' acts of trademark infringement, unfair competition and that the Court, pursuant to §35 of the Lanham Act, 15 U.S.C. §1117, enter judgment, and that said sums be treble as authorized pursuant to 15 U.S.C. §1117(b).

H.    That Plaintiff have and recover, pursuant to the laws of the State of Florida, in addition to its actual damages, punitive damages in an amount which the Court deems just and proper.

I.    That Plaintiff have and recover both prejudgment and post-judgment interest on each and every damage award.

14

J.    That Plaintiff have and recover its reasonable attorney fees incurred in this action, pursuant to §35 of the Lanham Act, 15 U.S.C. §1117, and as otherwise authorized.

K.    That Plaintiff have and recover its taxable costs and disbursements herein, pursuant to §35 of the Lanham Act, 15 U.S.C. §1117, and as otherwise authorized.

L.    That Plaintiff have and recover such further relief as the Court may deem just and proper.

### JURY DEMAND

Plaintiff demands a trial by jury as to all issues triable of right by a jury.

Respectfully submitted,

Dated: August 18, 2009          By: _Meredith Mendez_
       Miami, Florida               John Cyril Malloy, III
                                    Florida Bar No. 964,220
                                    Meredith Frank Mendez
                                    Florida Bar No. 502,235
                                    mmendez@malloylaw.com
                                    MALLOY & MALLOY, P.A.
                                    2800 S.W. Third Avenue
                                    Miami, Florida  33129
                                    Telephone (305) 858-8000
                                    Facsimile (305) 858-0008

                                    Attorneys for Plaintiff,
                                    TKMI, INC.

15

# EXHIBIT A


Corsearch Advantage

## CURRENT RECORD

### GENIE

*Federal*

**Status:** Registered 8 & 15, October 1, 2007

**Affidavit(s):** 8 & 15, October 1, 2007

**Goods/Services:**
Int'l Class: 3 (U.S. Class: 1, 4, 6, 50, 51, 52)
Non-medicated wrinkle reducers applied to the skin of face
and eye area
First Use: August 17, 1997
In Commerce: August 25, 1997

**Most Recent Owner:**
Tkmi, Inc. (Florida Corp.)

---

#### *APPLICATION/REGISTRATION INFO.*

**Serial No.:** 76-254907
**Registration No.:** 2,522,559

**Filed:** May 11, 2001
**Published:** October 2, 2001
**Registered:** December 25, 2001

---

#### *ADDITIONAL INFO.*

**Correspondent:**
John Cyril Malloy
Malloy & Malloy, Pa
2800 Sw 3rd Ave
Historic Coral Way; Miami, FL 33129-
2317

---

#### *TTAB*

| | | |
|---|---|---|
| **Opposition:** | 91176321 | **Filed:** March 13, 2007 |
| **Plaintiff:** | Tkmi, Inc. | |
| **SN/RN:** | SN:76254907; 76635056 - | |
| | RN:2522559; 3170422 | |
| **Mark(s):** | GENIE; GENIE | |
| **Mark Text:** | GENIE; GENIE | |
| **Defendant:** | Fmc International, Ltd. | |
| **SN/RN:** | SN:78923738 | |
| **Mark(s):** | GENISPHERE | |
| **Mark Text:** | GENISPHERE | |
| **Status:** | Terminated, March 28, 2008 | |
| **Comments:** | Withdrawal of application | |

---

#### *OWNER INFORMATION*

**1st New Owner After Registration:**
Tkmi, Inc. (Florida Corp.)
4110 Lansing Avenue

Cooper City, Florida 33026

**Registrant/ Applicant:**
Earthly Essentials Inc.  (Florida Corp.)
4110 Lansing Avenue
Cooper City, Florida 33026

**Owner At Publication:**
Earthly Essentials Inc.  (Florida Corp.)
4110 Lansing Avenue
Cooper City, Florida 33026

*ASSIGNMENT HISTORY*

**Assignee:**
Tkmi, Inc.  (Florida Corp.)
4110 Lansing Avenue
Cooper City, Florida 33026
**Assignor:**
Earthly Essentials, Inc.  (Corporation)

**Recorded:** April 25, 2002
**Assigned:** April 5, 2002
**Reel/Frame:** 2499/0245
**Action:** Assigns the entire interest
and goodwill

© 2009 CT Corsearch

© 2009 CT Corsearch



Corsearch Advantage

## CURRENT RECORD

### GENIE

*Federal*

**Status:** Registered, November 14, 2006

**Goods/Services:**
Int'l Class: 3 (U.S. Class: 1, 4, 6, 50, 51, 52)
Cosmetics, namely, blush, concealer, non-medicated facial creams and facial peels; face powder, foundation liquid, foundation cream and foundation powder, make-up, mascara, eye shadow, lipstick, and lip gloss
**First Use:** August 17, 1997
**In Commerce:** August 17, 1997

**Most Recent Owner:**
Tkmi, Inc. (Florida Corp.)

> **GENIE**
>
> Click to enlarge

---

### APPLICATION/REGISTRATION INFO.

**Serial No.:** 76-635056          **Filed:** April 4, 2005
**Registration No.:** 3,170,422    **Published:** August 29, 2006
                                   **Registered:** November 14, 2006

---

### ADDITIONAL INFO.

**Add'l U.S. Reg. No.(s).:** 2,522,559

**Correspondent:**
Jennie S. Malloy
Malloy & Malloy, P.A.
2800 S.W. Third Avenue
Historic Coral Way; Miami, Florida 33129

---

### TTAB

**Opposition:** 91176321                              **Filed:** March 13, 2007
**Plaintiff:** Tkmi, Inc.
**SN/RN:** SN:76254907; 76635056 - RN:2522559; 3170422
**Mark(s):** GENIE; GENIE
**Mark Text:** GENIE; GENIE
**Defendant:** Fmc International, Ltd.
**SN/RN:** SN:78923738
**Mark(s):** GENISPHERE
**Mark Text:** GENISPHERE
**Status:** Terminated, March 28, 2008
**Comments:** Withdrawal of application

---

### OWNER INFORMATION

**Registrant/ Applicant:**
Tkmi, Inc. (Florida Corp.)
4110 Lansing Avenue
Cooper City, Florida 33026

Owner At Publication:
Tkmi, Inc.  (Florida Corp.)
4110 Lansing Avenue
Cooper City, Florida 33026

© 2009 CT Corsearch

© 2009 CT Corsearch

# EXHIBIT B

**All Genie Beauty Products are Dermatologist-tested, Fragrance-free, Hypoallergenic**



| | | |
|---|---|---|
| $35.00 | $35.00 | $30.00 |
| SPECIAL - GENIE Instant Line Smoother | GENIE Instant Line Smoother | GENIE Vibrant Eyes Concealer Pen |
| $40.00 | $38.00 | $20.00 |
| GENIE Line Smoothing Foundation | GENIE Cashmere Powder | GENIE TLC Mascara |

Pages : 1 | 2

Delivery & Shipping     Returns & Exchanges     Privacy Policy     Term & Conditions



All Genie Beauty Products are Dermatologist-tested, Fragrance-free, Hypoallergenic



$20.00
GENIE Make Me Blush



$35.00
GENIE Try Me Kit



$25.00
GENIE Kabuki Brush Large



$15.00
GENIE Kabuki Brush Small

Pages : 1 | 2

Delivery & Shipping        Returns & Exchanges        Privacy Policy        Term & Conditions

Back to Homepage

Order Status | My Account | Customer Service | Wish List | Cart

Search:

QVC : Search Results

# Search Results

We found **18** results for "genie".

Related searches: Genie Auto-Delivery

Showing 1-18 of 18 items | Sort by:   Best Match

Narrow By:

Page View:   Gallery |   List

**Departments**
Fashion
Beauty
Kitchen & Food
Crafts & Leisure
Electronics

Compare Selected Items:         ▸ Deselect All

**Price**
$0 - $25
$25 - $50
$50 - $100

**Brand**
Leighton
Genie
Disney
Vivendi
Bella Beauty

| A38104 | A175931 | A175933 |
|---|---|---|
| Genie Instant Line Smoother .63oz | Genie Small Kabuki Brush | Genie TLC (Thicken, Lengthen, Condition) Mascara |
| Over 1 Million Sold on QVC | QVC Price: $15.00 | QVC Price: $20.00 |
| QVC Price: $29.94 | | |

**Color**
Black
Blues
Browns
Multi-Colors
Oranges
Reds
Whites-Off-Whites

☐ Select to Compare   ☐ Select to Compare   ☐ Select to Compare

✓ SPEED BUY     ✓ SPEED BUY     ✓ SPEED BUY
✓ ADD TO WISH LIST   ✓ ADD TO WISH LIST   ✓ ADD TO WISH LIST

QVC Quick Links:

Current Item On Air
Items Recently On Air
*Today's Special Value®*
New Today
Watch QVC TV Live
TV Program Guide

| A175937 | A175927 | A175929 |
|---|---|---|
| Genie Line-Smoothing Foundation | Genie Cashmere Powder with Kabuki Brush | Genie Large Kabuki Brush |
| QVC Price: $40.00 | QVC Price: $38.00 | QVC Price: $25.00 |

☐ Select to Compare   ☐ Select to Compare   ☐ Select to Compare

✓ SPEED BUY     ✓ SPEED BUY     ✓ SPEED BUY
✓ ADD TO WISH LIST   ✓ ADD TO WISH LIST   ✓ ADD TO WISH LIST







A175925

**Genie Cashmere Powder**
QVC Price: $28.00

A175923

**Genie Make Me Blush**
QVC Price: $20.00

A91660

**A-D Genie Instant Line Smoother .63oz Auto-Delivery**
QVC Price: $29.94

☐ Select to Compare

SPEED BUY
ADD TO WISH LIST

☐ Select to Compare

SPEED BUY
ADD TO WISH LIST

☐ Select to Compare

SPEED BUY
ADD TO WISH LIST

# EXHIBIT C



*About*

Shop  Fanfare  Contact  About  Home

View Shopping Bag



What do you get when a former beauty and bath product junkie becomes fed up with the massive amounts of unused products in her drawer? The answer is Bella Il Fiore, a creative, wearable cosmetic and personal care line founded by Jennifer Maloy that simplifies your daily routine to a few key items while maintaining glamorous effects.

In 2000, Maloy and her rocker husband Zac were expecting their first child, and both agreed that they wanted to be full-time parents. That was when the beauty diva turned to the growing inventory of random products in her bathroom and decided to take matters into her own hands. "You name it, I had it in my bathroom...lotions, potions, scrubs, lipsticks, all unused," says Maloy. She sought out a chemist who understood her concept and could help to create her independent beauty vision. A year later, Bella Il Fiore was born and won the hearts (and cosmetic bags) of real women and celebrities alike.

"Simplicity doesn't mean sacrificing glamour and quality." It's quite the opposite with Bella Il Fiore. The super-femme line is consistently praised for its rich color formulations, exceptional ingredients and clever packaging. The Bella collection has grown to include an abundance of beauty essentials such as Kiss Me Now Lip Gloss, flirty Bella in Bloom face and eye palettes, and



Down





Shop  Fanfare  Contact  About  Home

View Shopping Bag



"Simplicity doesn't mean sacrificing glamour and quality." It's quite the opposite with Bella Il Fiore. The super-femme line is consistently praised for its rich color formulations, exceptional ingredients and clever packaging. The Bella collection has grown to include an abundance of beauty essentials such as Kiss Me Now Lip Gloss, flirty Bella in Bloom face and eye palettes, and the miracle product, Dress in a Jar Body Gloss. Much-loved favorites -- Private Eyes Mascara and the luxurious Honeysuckle Grapefruit Whipped Body Creme - are still available and better than ever. Each product serves up a serious dose of glamour wrapped in over-the-top girly packaging that is portable, user-friendly and fun. That's the Bella way: simple, easy-to-use beauty that fits stylishly in your clutch, cosmetic bag, and life.

Today, Bella Il Fiore's line of skin care and cosmetics is sold in fashion-forward boutiques and fine department stores nationwide, including Kitson, Henri Bendel, Marie Mason Apothecary and Ritz Carlton Spas.

Up





Bath and Body

Shop   Fanfare   Contact   About   Home

Peek at Bella's Blog

View Shopping Bag

Berry Balm

Rescue Me
Peppermint Lip Treatment

Lip Lovely Set

Genie in a Jar

Whipped Body Crème

Sugar Kisses

Hand Crème

Love Me Do Moisturizing Shampoo and
Shine On Conditioning Hair Mask

Champagne Wishes Bath Salts

Love Me Tender Body Oil

## Genie in a Jar

One use and you'll be a believer in all things Bella! Made from rich jojoba
oil, aloe vera and vitamin E, this body gloss softens even the driest areas,
leaving your skin silky and smooth...and you with two wishes left to go!  $15



## Order Recap Form

| Image | Qty | Code | Name | Description | Category | Price | Extended |
|---|---|---|---|---|---|---|---|
| | 1 | GIAJ | Genie in a Jar | "One use and you'll be a believer in all things Bella! Made from rich jojoba oil | aloe vera and vitamin E | $15.00 | $15.00 |
| 1 | | | | Weight: 1 | Order Amount | | $15.00 |

## Please Note: If using a discount code and quick checkout you MUST click the modify button in order to complete your order and receive the offered discount.

Discount Code

Search Options                    Order Options

New    Continue    Clear    Modify    Checkout

Continue Shopping

Electronic Commerce Services:
NetStores® Version 3.9, Revised 3-31-08
By: NetStores® E-Commerce Solution,
Copyright 1995-2008

http://www.netstores.com/dwos-bin/proc_ordr.pl                    8/13/2009

# EXHIBIT D

Back to Homepage

Search: _____

QVC : Search Results

# Search Results

We found **18** results for "genie"

Related searches: Genie Auto-Delivery

Showing 1-18 of 18 items | Sort by:    Best Match

Narrow By:

Page View:    Gallery |    List

**Departments**
Fashion
Beauty
Crafts & Leisure
Electronics
Kitchen & Food

**Price**
$0 - $25
$25 - $50
$50 - $100

**Brand**
Leighton
Genie
Disney
Vivendi
Bella Beauty

**Color**
Black
Blues
Browns
Multi-Colors
Oranges
Reds
Whites-Off-Whites

QVC Quick Links:

Current Item On Air
Items Recently On Air
*Today's Special Value®*
New Today
Watch QVC TV Live
TV Program Guide

Compare Selected Items:    ▸ Deselect All

A38104
**Genie Instant Line Smoother .63oz**
Over 1 Million Sold on QVC
QVC Price: $29.94

☐ Select to Compare
SPEED BUY
ADD TO WISH LIST

A175937
**Genie Line-Smoothing Foundation**
QVC Price: $40.00

☐ Select to Compare
SPEED BUY
ADD TO WISH LIST

A175927
**Genie Cashmere Powder with Kabuki Brush**
QVC Price: $38.00

☐ Select to Compare
SPEED BUY
ADD TO WISH LIST

A175929
**Genie Large Kabuki Brush**
QVC Price: $25.00

☐ Select to Compare
SPEED BUY
ADD TO WISH LIST

A175933
**Genie TLC (Thicken, Lengthen, Condition) Mascara**
QVC Price: $20.00

☐ Select to Compare
SPEED BUY
ADD TO WISH LIST

A175923
**Genie Make Me Blush**
QVC Price: $20.00

☐ Select to Compare
SPEED BUY
ADD TO WISH LIST



A175931

Genie Small Kabuki Brush
QVC Price: $15.00

☐ Select to Compare

A175925

Genie Cashmere Powder
QVC Price: $28.00

☐ Select to Compare

A91660

A-D Genie Instant Line
Smoother .63oz Auto-
Delivery
QVC Price: $29.94

☐ Select to Compare

A183691

New
Leighton "Genie" Manual
Open Compact Umbrella
QVC Price: $22.00

☐ Select to Compare

V27861

The Disposal Genie with Soft
Rubber Scraper Blade
Customer Top Rated
QVC Price: $13.29

☐ Select to Compare

H162558

New
Tickled Pink Genie Toddler
Costume
QVC Price: $19.99

☐ Select to Compare

A180867

Bella Beauty Genie In A Jar -
Body Gloss
QVC Price: $15.00

☐ Select to Compare

H162436

Aladdin Disney Genie Muscle
Adult Costume
QVC Price: $64.99

☐ Select to Compare

E198069

Think Fast: Ultimate Trivia
Showdown - Wii
QVC Price: $20.96

☐ Select to Compare



E198145

**Think Fast: The Ultimate
Trivia Showdown - PS2**
QVC Price: $30.96

A77993

**Model in a Bottle Make-Up
Setting Spray, 2 oz.**
QVC Price: $23.00
Introductory: $20.78

E148475

**Freedom Force vs. Third
Reich - Windows**
QVC Price: $19.96

☐ Select to Compare          ☐ Select to Compare          ☐ Select to Compare

SPEED BUY          SPEED BUY          SPEED BUY
ADD TO WISH LIST          ADD TO WISH LIST          ADD TO WISH LIST

Compare Selected Items:          • Deselect All

Page View:    Gallery |    List

Showing 1-18 of 18 items | Sort by:    Best Match

Need help? Visit Customer Service.   |   Question about the item on air now? Ask Us Live   |   Sign up for: Email or Mobile

Return Policy   |   Clearance   |   Gift Cards   |   Insider Magazine   |   QVC Community   |   Site Map

Order toll-free anytime by phone: **1-888-345-5788**   |   TDD for the hearing impaired: click here

| Corporate | QVC Everywhere | Policies & Information | | QCard |
|---|---|---|---|---|
| About Us | QVC on Facebook | QVC Return Policy | Product Recall Information | Apply for a QCard |
| Meet our Hosts | QVC on YouTube | QVC Privacy Statement | Manufacturer's Product | Manage Your Account or |
| Careers | QVC on Twitter | Safe Harbor Privacy | Warranty Information | Pay Your Bill |
| Media | QVC United Kingdom | Statement | Gemstone Policy | Sign Up |
| Come Visit Us | QVC Japan | QVC General Terms and | Statement | |
| iQdoU? | QVC Germany | Conditions of Use | Pricing, Retail Value, | |
| Vendor Relations | QVC Retail Stores | QVC Community | Offers & Other Information | |
| | | Standards | On-air Testimonials | |

Other Liberty Media Companies:   Outdoor Gear from Backcountry.com   |   Flowers from ProFlowers.com   |   Holiday Costumes from
BuyCostumes.com

QVC is not responsible for the availability, content, security, policies, or practices of the above referenced third-party linked sites, nor liable for
statements, claims, opinions, or representations contained therein. QVC's Privacy Statement does not apply to these third-party web sites.

©1995-2009 QVC, Inc. All rights reserved Trademark Notice

A180867

Photos





ENLARGE

**Bella Beauty Genie In A Jar - Body Gloss**

QVC Price:
**$15.**00
Shipping & Handling: $5.22

Save! Buy two or more and
save on S & H.
    See Details

Be the first to write a review.

Share this Product:

---

**Description**   |   Delivery Date Estimate

What is it: Genie In A Jar Body Gloss.

Who is it for: Any woman who wants to conquer dry skin.

Why is it different: Made from jojoba oil, aloe vera, and Vitamin E, this body gloss softens even
the driest areas, leaving your skin silky and smooth. Perfect for elbows, feet, and any dry spot.

How do I use it: For all over use, apply to skin while still damp. Pat dry after use. Apply regularly
to other dry areas.

From Bella Beauty.

# EXHIBIT E

# Malloy & Malloy, P.A.

Patent, Trademark & Copyright Law

"Since 1959"
Registered Patent Attorneys
Trial and Appellate Counsel
Internet: malloylaw.com

**Miami Office**
2800 S.W. Third Avenue
Miami, Florida 33129
Telephone (305) 858-8000
Facsimile (305) 858-0008

**Ft. Lauderdale Office**
2101 West Commercial Blvd.
Reply to: Miami Office
Broward (954) 525-9611
Florida (800) 337-7239

June 10, 2009

<u>VIA OVERNIGHT MAIL</u>

Bella Corporation
2611 South Trenton Avenue
Tulsa, Oklahoma 74114

  Re: Trademark Infringement – "GENIE"
    Our Ref.: 7.618.09

Dear Sir or Madam:

  We represent TKMI, Inc. in connection with its trademark and unfair competition matters.

  As you are well aware, our client is the owner of the well-known and famous trademark "GENIE" which has been in continuous use in U.S. commerce, both interstate and foreign, since at least 1997 on a variety of cosmetic products, but specifically including non-medicated wrinkle reducers applied to the skin of face and eye area, blush, concealer, non-medicated facial creams and facial peels; face powder, foundation liquid, foundation cream and foundation powder, make-up, mascara, eye shadow, lipstick, and lip gloss. Our client's goods sold under its "GENIE" mark have earned tremendous goodwill in the industry and a loyal consumer base. Importantly, our client also owns the incontestable U.S. Trademark Registration No. 2,522,559 and U.S. Registration No. and 3,170,422 for the "GENIE" mark (copies enclosed), as well as foreign trademark registrations and/or applications.

  It has recently come to the attention of our client that you are offering for sale a skin cream and/or body gloss under the name or mark "GENIE IN A JAR".

  It is this law firm's considered opinion that your use of the aforementioned name and mark for the same or related goods constitutes trademark infringement, unfair competition and/or dilution relative to our client's well-known "GENIE" trademark. In this regard, it is quite likely that there will be, or has already been, substantial consumer confusion relative to the source of your goods vis-a-vis the source of our client's goods.

June 8, 2009
Page 2

Moreover, because our client has been using its well known "GENIE" trademark on cosmetic products for many years, and long prior to your ever commencing use of the mark "GENIE IN A BOTTLE," your conduct may well be viewed by as court of law as willful trademark infringement, which if litigated and proven, could easily result in our client's being awarded not only compensatory damages, but punitive damages, such as treble damages, costs and attorney's fees.

Our client is presently willing to settle this matter without resorting to legal action, provided that you agree to all of the following within fifteen (15) days of the date of this letter:

1. Immediately and permanently cease and desist from any and all use of the word "GENIE," including any confusingly similar wording or variation thereof; and

2. Immediately remove or withdraw (and destroy if applicable) all advertisements, printed materials, labels and other items bearing the name "GENIE" -- whether as part of "GENIE IN A JAR" or otherwise; and

3. Immediately remove or withdraw from the Internet all advertisements for any of your products which make use of the word "GENIE" on your own website and take immediate steps to notify any third party websites advertising such products to do so as well; and

4. Refrain from any and all further advertisement incorporating the aforementioned word and mark.

You may signal your agreement to each of the foregoing terms by having a duly authorized officer of the company sign and date this letter, where indicated below, and by returning the original document to us.

As noted above, however, we must have your written response to the foregoing within fifteen (15) days of the date of this letter and no later than the close of business on **Friday, June 26, 2009**. Anything less than full compliance will be interpreted as your refusal to comply with the law, and to continue activities without any regard for our client's established trademark rights. If our client is forced to pursue legal action in the United States District Court, injunctive relief and punitive damages will be sought, along with all other remedies available to it by law.

June 8, 2009
Page 3


    Finally, please rest assured that this matter will be given my close personal attention given the similarity as well in the spelling and pronunciation of the person identified as a principal of your company, with my name, as the undersigned attorney.


        **PLEASE GOVERN YOURSELF ACCORDINGLY.**


                                            Sincerely,

                                            Jennie S. Malloy
                                            For the Firm



Enclosures

**READ, UNDERSTOOD & ACCEPTED**

_____
Print Name:
Print Title:
Date Signed:


Corsearch Advantage

## CURRENT RECORD

### GENIE

*Federal*

**Status:** Registered 8 & 15, October 1, 2007

**Affidavit(s):** 8 & 15, October 1, 2007

**Goods/Services:**
Int'l Class: 3 (U.S. Class: 1, 4, 6, 50, 51, 52)
Non-medicated wrinkle reducers applied to the skin of face and eye area
First Use: August 17, 1997
In Commerce: August 25, 1997

**Most Recent Owner:**
Tkmi, Inc. (Florida Corp.)

### APPLICATION/REGISTRATION INFO.

**Serial No.:** 76-254907
**Registration No.:** 2,522,559

**Filed:** May 11, 2001
**Published:** October 2, 2001
**Registered:** December 25, 2001

### ADDITIONAL INFO.

**Correspondent:**
John Cyril Malloy
Malloy & Malloy, Pa
2800 Sw 3rd Ave
Historic Coral Way; Miami, FL 33129-2317

### TTAB

| | | |
|---|---|---|
| **Opposition:** | 91176321 | **Filed:** March 13, 2007 |
| **Plaintiff:** | Tkmi, Inc. | |
| **SN/RN:** | SN:76254907; 76635056 - RN:2522559; 3170422 | |
| **Mark(s):** | GENIE; GENIE | |
| **Mark Text:** | GENIE; GENIE | |
| **Defendant:** | Fmc International, Ltd. | |
| **SN/RN:** | SN:78923738 | |
| **Mark(s):** | GENISPHERE | |
| **Mark Text:** | GENISPHERE | |
| **Status:** | Terminated, March 28, 2008 | |
| **Comments:** | Withdrawal of application | |

### OWNER INFORMATION

**1st New Owner After Registration:**
Tkmi, Inc. (Florida Corp.)
4110 Lansing Avenue

Print                                                                              Page 2 of 2

Cooper City, Florida 33026

**Registrant/ Applicant:**
Earthly Essentials Inc. (Florida Corp.)
4110 Lansing Avenue
Cooper City, Florida 33026

**Owner At Publication:**
Earthly Essentials Inc. (Florida Corp.)
4110 Lansing Avenue
Cooper City, Florida 33026

### ASSIGNMENT HISTORY

**Assignee:**                                    **Recorded:** April 25, 2002
Tkmi, Inc. (Florida Corp.)                       **Assigned:** April 5, 2002
4110 Lansing Avenue                              **Reel/Frame:** 2499/0245
Cooper City, Florida 33026                       **Action:** Assigns the entire interest
**Assignor:**                                    and goodwill
Earthly Essentials, Inc. (Corporation)

© 2009 CT Corsearch

© 2009 CT Corsearch



**CURRENT RECORD**

## GENIE

*Federal*

**Status:** Registered, November 14, 2006
**Goods/Services:**
**Int'l Class:** 3 (U.S. Class: 1, 4, 6, 50, 51, 52)
Cosmetics, namely, blush, concealer, non-medicated facial
creams and facial peels; face powder, foundation liquid,
foundation cream and foundation powder, make-up,
mascara, eye shadow, lipstick, and lip gloss
**First Use:** August 17, 1997
**In Commerce:** August 17, 1997

**Most Recent Owner:**
Tkmi, Inc.  (Florida Corp.)

|  |
|---|
| **GENIE** |

Click to enlarge

### APPLICATION/REGISTRATION INFO.

**Serial No.:** 76-635056
**Registration No.:** 3,170,422

**Filed:** April 4, 2005
**Published:** August 29, 2006
**Registered:** November 14, 2006

### ADDITIONAL INFO.

**Add'l U.S. Reg. No.(s).:** 2,522,559

**Correspondent:**
Jennie S. Malloy
Malloy & Malloy, P.A.
2800 S.W. Third Avenue
Historic Coral Way; Miami, Florida 33129

### TTAB

| | |
|---|---|
| **Opposition:** | 91176321 |
| **Plaintiff:** | Tkmi, Inc. |
| **SN/RN:** | SN:76254907; 76635056 -<br>RN:2522559; 3170422 |
| **Mark(s):** | GENIE; GENIE |
| **Mark Text:** | GENIE; GENIE |
| **Defendant:** | Fmc International, Ltd. |
| **SN/RN:** | SN:78923738 |
| **Mark(s):** | GENISPHERE |
| **Mark Text:** | GENISPHERE |
| **Status:** | Terminated, March 28, 2008 |
| **Comments:** | Withdrawal of application |

**Filed:** March 13, 2007

### OWNER INFORMATION

**Registrant/ Applicant:**
Tkmi, Inc.  (Florida Corp.)
4110 Lansing Avenue
Cooper City, Florida 33026

Owner At Publication:
Tkmi, Inc.  (Florida Corp.)
4110 Lansing Avenue
Cooper City, Florida 33026

© 2009 CT Corsearch

© 2009 CT Corsearch



# Malloy & Malloy, P.A.

Patent, Trademark & Copyright Law

*"Since 1959"*
Registered Patent Attorneys
Trial and Appellate Counsel
Internet: malloylaw.com

**Miami Office**
2800 S.W. Third Avenue
Miami, Florida 33129
Telephone (305) 858-8000
Facsimile (305) 858-0008

**Ft. Lauderdale Office**
2101 West Commercial Blvd.
Reply to: Miami Office
Broward (954) 525-9611
Florida (800) 337-7239

July 9, 2009

<u>VIA OVERNIGHT MAIL</u>

Bella Corporation
2611 South Trenton Avenue
Tulsa, Oklahoma 74114

      Re:  Trademark Infringement – "GENIE"
          Our Ref.: 7.618.09

Dear Sir or Madam:

    We have not received a response to our letter dated June 10, 2009, a copy of which is attached hereto.

    Upon investigation, we note you are continuing to make use of the wording and/or mark "GENIE IN A JAR" on the Internet and/or elsewhere, despite the attached correspondence.

    Quite frankly, we are shocked that you have chosen to flatly ignore our demands that you immediately cease use of our client's well-known and famous trademark "GENIE". Your failure to respond could well be viewed as evidence that your use of our client's "GENIE" mark is in bad faith.

    Therefore, we are forced to reiterate our demand that you immediately cease and desist from all further unauthorized use of our client's "GENIE" mark. Our client requires your immediate written agreement as set forth in the attached correspondence.

    We must have your response to this letter upon receipt. Should you fail to comply with the foregoing demand, it shall be viewed as a refusal to comply with the law. Rest assured that if forced to pursue legal action, our client will seek injunctive relief, damages, attorney's fees and punitive damages, along with all other remedies available to it by law.

    PLEASE GOVERN YOURSELF ACCORDINGLY.

Sincerely,

Jennie S. Malloy
For the Firm

JSM/ih
Enclosures



**Malloy & Malloy, P.A.**

"Since 1959"
Registered Patent Attorneys
Trial and Appellate Counsel
Internet: malloylaw.com

Patent, Trademark & Copyright Law

**Miami Office**
2800 S.W. Third Avenue
Miami, Florida 33129
Telephone (305) 858-8000
Facsimile (305) 858-0008

**Ft. Lauderdale Office**
2101 West Commercial Blvd.
Reply to: Miami Office
Broward (954) 525-9611
Florida  (800) 337-7239

July 9, 2009

<u>VIA OVERNIGHT MAIL</u>

Bella Corporation
2611 South Trenton Avenue
Tulsa, Oklahoma 74114

      Re:  Trademark Infringement – "GENIE"
           Our Ref.: 7.618.09

Dear Sir or Madam:

     We have not received a response to our letter dated June 10, 2009, a copy of which is attached hereto.

     Upon investigation, we note you are continuing to make use of the wording and/or mark "GENIE IN A JAR" on the Internet and/or elsewhere, despite the attached correspondence.

     Quite frankly, we are shocked that you have chosen to flatly ignore our demands that you immediately cease use of our client's well-known and famous trademark "GENIE". Your failure to respond could well be viewed as evidence that your use of our client's "GENIE" mark is in bad faith.

     Therefore, we are forced to reiterate our demand that you immediately cease and desist from all further unauthorized use of our client's "GENIE" mark. Our client requires your immediate written agreement as set forth in the attached correspondence.

     We must have your response to this letter upon receipt. Should you fail to comply with the foregoing demand, it shall be viewed as a refusal to comply with the law. Rest assured that if forced to pursue legal action, our client will seek injunctive relief, damages, attorney's fees and punitive damages, along with all other remedies available to it by law.

     PLEASE GOVERN YOURSELF ACCORDINGLY.

                                      Sincerely,

                                        Jennie S. Malloy
                                        For the Firm

JSM/ih
Enclosures

# CIVIL COVER SHEET

**JS 44** (Rev. 2/08)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)   **NOTICE: Attorneys MUST Indicate All Refiled Cases Below.**

FILED by ___ D.C.
AUG 1 8 2009
STEVEN M. LARIMORE
CLERK U.S. DIST CT
S.D. of FLA. – MIAMI

## I. (a) PLAINTIFFS
TKMI, INC., a Florida corporation

**DEFENDANTS**
BELLA CORP., an Oklahoma corporation
JENNIFER MALOY, an individual

**(b)** County of Residence of First Listed Plaintiff **Broward County**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED

CIV-COHN
MAGISTRATE JUDGE SELTZER

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
John Cyril Malloy, III and Meredith Frank Mendez
Malloy & Malloy, P.A.
2800 S.W. Third Avenue, Miami, Florida 33129, Tel. 305-858-8000

Attorneys (If Known)

**(d)** Check County Where Action Arose: ☐ MIAMI-DADE ☐ MONROE ☑ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE HIGHLANDS

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
☐ 1 U.S. Government Plaintiff
☑ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☑ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)
☑ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. RELATED/RE-FILED CASE(S).
(See instructions second page)
a) Re-filed Case ☐ YES ☑ NO   b) Related Cases ☐ YES ☑ NO
JUDGE _____   DOCKET NUMBER _____

## VII. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):
15 U.S.C. SS 1114 and 1125 for trademark infringement

LENGTH OF TRIAL via _5_ days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☑ Yes ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE
SIGNATURE OF ATTORNEY OF RECORD _(signature)_
DATE August 18, 2008

FOR OFFICE USE ONLY
AMOUNT $250.00   RECEIPT # 1006772   IFP _____
08/18/09