AO 440 (Rev. 10/2002) Summons in a Civil Case

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: __09-CV-61290-COHN/SELTZER__

TKMI, INC., a Florida corporation,

        Plaintiff

v.

BELLA CORP. and JENNIFER MALOY

        Defendant

### SUMMONS IN A CIVIL CASE

TO: (Name and address of defendant)

JENNIFER MALOY
2611 South Trenton Avenue
Tulsa, Oklahoma 74114

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Meredith Frank Mendez
MALLOY & MALLOY, P.A.
2800 S.W. Third Avenue
Miami, Florida 33129

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



**SUMMONS**                              **AUGUST 18, 2009**
                                      DATE

Steven M. Larimore
Clerk of Court

s/Rhonda Gittens
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 10/2002) Summons in a Civil Case

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: **09-CV-61290-COHN/SELTZER**

TKMI, INC., a Florida corporation,

                Plaintiff

v.

BELLA CORP. and JENNIFER MALOY

                Defendant

### SUMMONS IN A CIVIL CASE

TO: (Name and address of defendant)

BELLA CORP.
By serving its registered agent
James P. Cates
5901 N. Western Avenue
Suite 300
Oklahoma City, Oklahoma 73118

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Meredith Frank Mendez
MALLOY & MALLOY, P.A.
2800 S.W. Third Avenue
Miami, Florida  33129

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



Steven M. Larimore
Clerk of Court

**SUMMONS**         **AUGUST 18, 2009**
                        DATE

s/Rhonda Gittens
Deputy Clerk
U.S. District Courts